No. 1207, Misc. PRUCHA v. NEW YORK. Ct. App. N. Y. Certiorari denied. *William Cahn* for respondent.

No. 1215, Misc. SNIDER v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. *Alex N. Apostolou* for petitioner. *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III,* Assistant Attorney General, for respondent.

No. 695, Misc. TIRADO v. BLACKWELL, WARDEN. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1046, Misc. DETORO v. MARYLAND;
No. 1047, Misc. RALPH v. WARDEN, MARYLAND PENITENTIARY; and
No. 1049, Misc. BROWN v. BROUGH, WARDEN. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *William J. McCarthy* for petitioner in No. 1046, Misc., and *Edward L. Genn* for petitioner in No. 1047, Misc. *Francis B. Burch,* Attorney General of Maryland, and *Edward F. Borgerding,* Assistant Attorney General, for respondents in each case.

No. 434, Misc. JACOBS v. BROUGH, WARDEN, 389 U. S. 1058. Petition for rehearing denied.